C.L.L.L. and S.R.E. W., Respondents,

v.

S.E.L., Appellant.

Nos. ED 74032, ED 74033.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 15, 1998.

Deborah C.M. Henry, Clayton, for appellant.

Cynthia Harcourt-Hearring, Clayton, for respondents.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

### ORDER

PER CURIAM.

Mother appeals from two judgments terminating her parental rights to her two minor children. The cases were consolidated on this court's motion. The judgments are supported by substantial evidence and are not against the weight of the evidence; no error of law appears. An opinion would have no precedential value.

The judgments are affirmed. Rule 84.16(b).